THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL SANTOS, Appellant. [667 NYS2d 250] —Judgment, Supreme Court, New York County (Jerome Hornblass, J.), rendered October 13, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of from 5 to 10 years, unanimously affirmed.

There is no evidence in the record that anyone, other than the court, instructed the jury on how to deliberate and the

manner in which to use the verdict sheet. In any event, the claimed error is unpreserved. Concur—Sullivan, J. P., Ellerin, Tom and Andrias, JJ.